# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>MARIA E. ROSALES, )<br>        Defendant. ) | Case No. 5:20-cv-00183 |

## UNITED STATES' UNOPPOSED MOTION TO ENTER AGREED JUDGMENT

The United States files this unopposed motion to enter an Agreed Judgement and in support states as follows:

The parties have reached an agreement in this case and request the Court enter the agreed judgment.

WHEREFORE, the plaintiff, the United States of America, requests an order of this Court enter the Agreed Judgment in the form associated with this motion.

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Herbert W. Linder
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas  75201
(214) 880-9754 (214) 880-9741 (facsimile)
Herbert.W.Linder@usdoj.gov

ATTORNEYS FOR UNITED STATES

1

## CERTIFICATE OF CONFERENCE

On March 2, 2021, counsel for the United States has conferred with Defendant's counsel, Derek Matta regarding the relief sought by this Motion and he stated that he is not opposed to the relief sought.

/s/ Herbert W. Linder
HERBERT W. LINDER

## CERTIFICATE OF SERVICE

I certify that service of the foregoing document has been made on March 2, 2021, by electronic service to:

Derek B. Matta
Counsel for Defendant Maria Rosales
S. D. of Texas Bar No. 437818
3700 Buffalo Speedway, Suite 1000
Houston, Texas 77098
Telephone: (713) 333-0555
Telecopier: (713) 333-0550
Email: dmatta@cctaxlaw.com