United States District Court
Southern District of Texas
**ENTERED**
April 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-183 |
| § | |
| MARIA E. ROSALES § | |

## AGREED JUDGMENT

Having considered the Parties' agreement (Dkt. No. 10), the Court hereby **ENTERS** judgment against Maria E. Rosales consistent with the submitted Agreed Judgment (Dkt. No. 10-2).

Accordingly, it is hereby **ORDERED, ADJUGED, AND DECREED** that:

1. Defendant, Maria E. Rosales, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a willful failure to file a Report of Foreign Bank and Financial Account; penalty assessed against her for the 2005 year in the amount of $550,000 plus late payment penalties, collection costs, and interest accruing under 31 U.S.C. § 3717, 31 C.F.R. §§ 5.5(a) and 901.9 from October 24, 2018 until the date of entry of this judgment, and interest accruing under 28 U.S.C. § 1961(a) after the date of entry of this judgment, plus penalties accruing after October 24, 2018, pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9.

2. Defendant, Maria E. Rosales, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a willful failure to file a Report of Foreign Bank and Financial Account; penalty assessed against her for the 2006 year in the amount of $700,000 plus late payment penalties, collection costs, and interest accruing under 31 U.S.C. § 3717, 31 C.F.R. §§ 5.5(a) and 901.9 from October 24, 2018 until the date of entry of this judgment, and interest accruing under 28 U.S.C. § 1961(a) after the date of entry of

this judgment, plus penalties accruing after October 24, 2018, pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9.

3. Defendant, Maria E. Rosales, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a willful failure to file a Report of Foreign Bank and Financial Account; penalty assessed against her for the 2007 year in the amount of $275,000 plus late payment penalties, collection costs, and interest accruing under 31 U.S.C. § 3717, 31 C.F.R. §§ 5.5(a) and 901.9 from October 24, 2018 until the date of entry of this judgment, and interest accruing under 28 U.S.C. § 1961(a) after the date of entry of this judgment, plus penalties accruing after October 24, 2018, pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9.

4. Defendant, Maria E. Rosales, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a willful failure to file a Report of Foreign Bank and Financial Account; penalty assessed against her for the 2008 year in the amount of $675,000 plus late payment penalties, collection costs, and interest accruing under 31 U.S.C. § 3717, 31 C.F.R. §§ 5.5(a) and 901.9 from October 24, 2018 until the date of entry of this judgment, and interest accruing under 28 U.S.C. § 1961(a) after the date of entry of this judgment, plus penalties accruing after October 24, 2018, pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9.

5. Defendant, Maria E. Rosales, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a willful failure to file a Report of Foreign Bank and Financial Account; penalty assessed against her for the 2009 year in the amount of $100,000 plus late payment penalties, collection costs, and interest accruing under 31 U.S.C. § 3717, 31 C.F.R. §§ 5.5(a) and 901.9 from October 24, 2018 until the date of entry of this judgment, and interest accruing under 28 U.S.C. § 1961(a) after the date of entry of

this judgment, plus penalties accruing after October 24, 2018, pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9.

6. Defendant, Maria E. Rosales, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a willful failure to file a Report of Foreign Bank and Financial Account; penalty assessed against her for the 2010 year in the amount of $400,000 plus late payment penalties, collection costs, and interest accruing under 31 U.S.C. § 3717, 31 C.F.R. §§ 5.5(a) and 901.9 from October 24, 2018 until the date of entry of this judgment, and interest accruing under 28 U.S.C. § 1961(a) after the date of entry of this judgment, plus penalties accruing after October 24, 2018, pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9.

7. Defendant, Maria E. Rosales, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a willful failure to file a Report of Foreign Bank and Financial Account; penalty assessed against her for the 2011 year in the amount of $325,000 plus late payment penalties, collection costs, and interest accruing under 31 U.S.C. § 3717, 31 C.F.R. §§ 5.5(a) and 901.9 from October 24, 2018 until the date of entry of this judgment, and interest accruing under 28 U.S.C. § 1961(a) after the date of entry of this judgment, plus penalties accruing after October 24, 2018, pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9.

8. Defendant, Maria E. Rosales, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a willful failure to file a Report of Foreign Bank and Financial Account; penalty assessed against her for the 2012 year in the amount of $275,000 plus late payment penalties, collection costs, and interest accruing under 31 U.S.C. § 3717, 31 C.F.R. §§ 5.5(a) and 901.9 from October 24, 2018 until the date of entry of this judgment, and interest accruing under 28 U.S.C. § 1961(a) after the date of entry of

this judgment, plus penalties accruing after October 24, 2018, pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9.

9. Each party shall bear their respective costs, including any attorney's fees.

**SIGNED** April 19, 2021.

_____
Marina Garcia Marmolejo
United States District Judge